AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gerrard, John M. | U.S. District Court, Nebraska | 05/14/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

586 Federal Building
100 Centennial Mall North
Lincoln, Nebraska 68508

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Governors | Nebraska Wesleyan University |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerrard, John M. | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | University of Nebraska College of Law adjunct salary | $3,950.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | South Lincoln Psychiatry - psychiatric nurse practitioner salary |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerrard, John M. | 05/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Bank | Personal note | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gerrard, John M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First National Bank Omaha Checking Account | A | Interest | J | T | | | | | |
| 2. U.S. Bank Checking Account | A | Interest | J | T | | | | | |
| 3. Charles Schwab Market Account | A | Interest | | | Closed | 03/27/17 | J | | |
| 4. Stifel Bank Program Money Market Account | A | Interest | J | T | Open | 04/13/17 | J | | |
| 5. AAIEX Mutual Fund | A | Dividend | J | T | Buy | 04/17/17 | J | | |
| 6. | | | | | Buy (add'l) | 04/19/17 | J | | |
| 7. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 8. ABT Common Stock | A | Dividend | | | Sold | 04/13/17 | J | A | |
| 9. ACWX ETF | A | Dividend | J | T | Buy | 07/20/17 | J | | |
| 10. ADNT Common Stock | A | Dividend | | | Sold | 04/13/17 | J | A | |
| 11. AEPGX Mutual Fund | A | Dividend | J | T | Buy | 04/19/17 | J | | |
| 12. | | | | | Buy (add'l) | 06/15/17 | J | | |
| 13. | | | | | Buy (add'l) | 12/22/17 | J | | |
| 14. ALL Common Stock | A | Dividend | | | Sold | 04/13/17 | J | A | |
| 15. AMCFX Mutual Fund | A | Dividend | J | T | Buy | 04/19/17 | J | | |
| 16. | | | | | Buy (add'l) | 06/19/17 | J | | |
| 17. | | | | | Buy (add'l) | 07/19/17 | J | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerrard, John M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 19. ANTM Common Stock formerly known as WLP Common Stock | A | Dividend | | | Sold | 04/13/17 | J | A | |
| 20. APDQX Mutual Fund | A | Dividend | J | T | Buy | 04/17/17 | J | | |
| 21. | | | | | Buy (add'l) | 04/19/17 | J | | |
| 22. | | | | | Sold (part) | 07/19/17 | J | A | |
| 23. | | | | | Sold (part) | 07/21/17 | J | A | |
| 24. | | | | | Buy (add'l) | 11/22/17 | J | | |
| 25. BHL Common Stock | A | Dividend | | | Sold | 04/13/17 | J | A | |
| 26. CBI Common Stock | A | Dividend | | | Sold | 04/13/17 | J | A | |
| 27. CDC ETF | A | Dividend | L | T | Buy | 04/17/17 | K | | |
| 28. | | | | | Buy (add'l) | 05/16/17 | K | | |
| 29. CEZ ETF | A | Dividend | J | T | Buy | 04/17/17 | J | | |
| 30. CFA ETF | A | Dividend | L | T | Buy | 04/17/17 | K | | |
| 31. | | | | | Buy (add'l) | 05/16/17 | K | | |
| 32. CFO ETF | A | Dividend | L | T | Buy | 04/17/17 | K | | |
| 33. | | | | | Buy (add'l) | 05/16/17 | K | | |
| 34. CIZ ETF | A | Dividend | K | T | Buy | 04/17/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerrard, John M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 36. CSF ETF | A | Dividend | K | T | Buy | 04/17/17 | J | | |
| 37. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 38. CTL Common Stock | A | Dividend | | | Sold | 04/13/17 | J | A | |
| 39. CVS Common Stock | A | Dividend | | | Sold | 04/13/17 | J | A | |
| 40. DIS Common Stock | A | Dividend | | | Sold | 04/13/17 | K | A | |
| 41. DISCK Common Stock | A | Dividend | | | Sold | 04/13/17 | J | A | |
| 42. EEMS ETF | A | Dividend | J | T | Buy | 07/20/17 | J | | |
| 43. | | | | | Buy (add'l) | 10/24/17 | J | | |
| 44. ESPIX Mutual Fund | A | Dividend | J | T | Buy | 04/17/17 | J | | |
| 45. | | | | | Buy (add'l) | 04/19/17 | J | | |
| 46. | | | | | Buy (add'l) | 12/14/17 | J | | |
| 47. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 48. FCAU Common Stock | A | Dividend | | | Sold | 04/13/17 | J | A | |
| 49. FINSX Mutual Fund | A | Dividend | J | T | Buy | 04/17/17 | J | | |
| 50. | | | | | Buy (add'l) | 07/21/17 | J | | |
| 51. | | | | | Buy (add'l) | 12/11/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerrard, John M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FITB Common Stock | A | Dividend | | | Sold | 04/13/17 | K | D | |
| 53. GOOG Common Stock | A | Dividend | | | Sold | 04/13/17 | J | A | |
| 54. HCP Common Stock | A | Dividend | | | Sold | 04/13/17 | J | A | |
| 55. HFOIX Mutual Fund | A | Dividend | J | T | Buy | 04/17/17 | J | | |
| 56. | | | | | Buy (add'l) | 04/19/17 | J | | |
| 57. | | | | | Buy (add'l) | 07/19/17 | J | | |
| 58. | | | | | Buy (add'l) | 07/21/17 | J | | |
| 59. | | | | | Sold (part) | 10/18/17 | J | A | |
| 60. | | | | | Sold (part) | 10/20/17 | J | A | |
| 61. | | | | | Buy (add'l) | 12/20/17 | J | | |
| 62. IBM Common Stock | A | Dividend | | | Sold | 04/13/17 | J | A | |
| 63. IJJ ETF | A | Dividend | J | T | Buy | 04/13/17 | J | | |
| 64. | | | | | Sold (part) | 04/24/17 | J | A | |
| 65. | | | | | Sold (part) | 07/21/17 | J | A | |
| 66. IJK ETF | A | Dividend | J | T | Buy | 04/13/17 | J | | |
| 67. | | | | | Buy (add'l) | 04/24/17 | J | | |
| 68. IJS ETF | A | Dividend | J | T | Buy | 04/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerrard, John M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 04/24/17 | J | A | |
| 70. IJT ETF | A | Dividend | J | T | Buy | 04/13/17 | J | | |
| 71. | | | | | Buy (add'l) | 04/24/17 | J | | |
| 72. INTC Common Stock | A | Dividend | | | Sold | 04/13/17 | J | A | |
| 73. IWN ETF | A | Dividend | J | T | Buy | 04/13/17 | J | | |
| 74. | | | | | Sold (part) | 04/24/17 | J | A | |
| 75. | | | | | Sold (part) | 07/21/17 | J | A | |
| 76. | | | | | Sold (part) | 10/24/17 | J | A | |
| 77. IWO ETF | A | Dividend | J | T | Buy | 04/13/17 | J | | |
| 78. | | | | | Buy (add'l) | 04/24/17 | J | | |
| 79. | | | | | Sold (part) | 07/21/17 | J | A | |
| 80. | | | | | Sold (part) | 10/24/17 | J | A | |
| 81. IWP ETF | A | Dividend | J | T | Buy | 04/13/17 | J | | |
| 82. | | | | | Sold (part) | 07/21/17 | J | A | |
| 83. IWS ETF | A | Dividend | J | T | Buy | 04/13/17 | J | | |
| 84. | | | | | Sold (part) | 04/24/17 | J | A | |
| 85. | | | | | Sold (part) | 07/21/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerrard, John M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. JCI Common Stock | A | Dividend | | | Sold | 04/13/17 | J | A | |
| 87. JNJ Common Stock | A | Dividend | | | Sold | 04/13/17 | J | A | |
| 88. MADVX Mutual Fund | A | Dividend | J | T | Buy | 04/17/17 | J | | |
| 89. | | | | | Buy (add'l) | 07/21/17 | J | | |
| 90. | | | | | Buy (add'l) | 10/13/17 | J | | |
| 91. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 92. MET Common Stock | A | Dividend | | | Sold | 04/13/17 | J | A | |
| 93. MISGX Mutual Fund | A | Dividend | J | T | Buy | 04/17/17 | J | | |
| 94. | | | | | Buy (add'l) | 04/19/17 | J | | |
| 95. | | | | | Buy (add'l) | 12/21/17 | J | | |
| 96. MQGIX Mutual Fund | A | Dividend | J | T | Buy | 04/17/17 | J | | |
| 97. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 98. MSFT Common Stock | A | Dividend | | | Sold | 04/13/17 | J | A | |
| 99. NWHYX Mutual Fund | A | Dividend | J | T | Buy | 04/17/17 | J | | |
| 100. | | | | | Buy (add'l) | 04/19/17 | J | | |
| 101. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 102. QCP Common Stock | A | Dividend | | | Sold | 04/13/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerrard, John M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ODVYX Mutual Fund | A | Dividend | J | T | Buy | 04/17/17 | J | | |
| 104. | | | | | Buy (add'l) | 04/19/17 | J | | |
| 105. | | | | | Buy (add'l) | 10/18/17 | J | | |
| 106. | | | | | Buy (add'l) | 10/20/17 | J | | |
| 107. | | | | | Buy (add'l) | 12/05/17 | J | | |
| 108. PSCE ETF | A | Dividend | | | Buy | 04/13/17 | J | | |
| 109. | | | | | Sold | 04/24/17 | J | A | |
| 110. RACE Common Stock | A | Dividend | | | Sold | 04/13/17 | J | A | |
| 111. REZ ETF | A | Dividend | J | T | Buy | 04/13/17 | J | | |
| 112. | | | | | Buy (add'l) | 04/24/17 | J | | |
| 113. | | | | | Sold (part) | 07/21/17 | J | A | |
| 114. RZSMF Common Stock | A | Dividend | | | Sold | 04/13/17 | J | A | |
| 115. SMGIX Mutual Fund | A | Dividend | J | T | Buy | 04/13/17 | J | | |
| 116. | | | | | Buy (add'l) | 04/17/17 | J | | |
| 117. | | | | | Buy (add'l) | 12/12/17 | J | | |
| 118. SPDW ETF | A | Dividend | J | T | Buy | 10/24/17 | J | | |
| 119. SPY ETF | A | Dividend | L | T | Buy | 04/13/17 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerrard, John M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  TCLFX Investment Fund | A | Interest | | | Closed | 04/13/17 | L | A | |
| 121.  V Common Stock | A | Dividend | | | Sold | 04/13/17 | J | A | |
| 122.  VGK EFT | A | Dividend | J | T | Buy | 07/21/17 | J | | |
| 123.  VNQ Mutual Fund | A | Dividend | | | Buy | 04/13/17 | J | | |
| 124. | | | | | Sold | 04/24/17 | J | A | |
| 125.  VWO ETF | A | Dividend | J | T | Buy | 07/21/17 | J | | |
| 126. | | | | | Buy (add'l) | 10/24/17 | J | | |
| 127.  WEFIX Mutual Fund | A | Dividend | | | Buy (add'l) | 03/30/17 | J | | |
| 128. | | | | | Sold | 04/13/17 | K | A | |
| 129.  WEF1Z Bond Fund | A | Dividend | | | Buy (add'l) | 03/30/17 | J | | |
| 130. | | | | | Sold | 04/13/17 | K | A | |
| 131.  WMFFX Mutual Fund | A | Dividend | J | T | Buy | 04/13/17 | J | | |
| 132. | | | | | Buy (add'l) | 06/19/17 | J | | |
| 133. | | | | | Sold (part) | 07/19/17 | J | A | |
| 134. | | | | | Buy (add'l) | 09/18/17 | J | | |
| 135. | | | | | Buy (add'l) | 12/19/17 | J | | |
| 136.  WY Common Stock | A | Dividend | | | Sold | 04/13/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerrard, John M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. XOM Common Stock | A | Dividend | | | Sold | 04/13/17 | J | A | |
| 138. American General Universal Life Insurance | | None | J | T | | | | | |
| 139. Nebraska Judges Retirement System (no control) | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerrard, John M. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John M. Gerrard**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544